**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GENERAL DYNAMICS ORDNANCE**
**AND TACTICAL SYSTEMS, INC.,**

    **Plaintiff,**

v.                                        Case No.  8:07-cv-580-T-30MAP

**MINISTRY OF NATIONAL DEFENSE,**
**ARMAMENTS BUREAU, 205TH ARSENAL**
**REPUBLIC OF CHINA,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #6).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 29, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-580.dismissal 6.wpd